UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:07-CR-033-LRH-RAM |
| vs. | ) |
| VERA JOHNNY | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#22) on February 14, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: AMERIND RISK MGMNT CORP
Amount of Restitution: $95,840.03

**Total Amount of Restitution ordered:** $95,840.03

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE