UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



___ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:07-CR-0033-LRH-RAM |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | |
| | ) | |
| VERA JOHNNY | ) | **AMENDED ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The matter before the court is to clarify the Judgment [#22] entered on February 14, 2008 and Order of restitution [#32] entered on November 10, 2016. Upon further review of the restitution Order in this matter, the specifics needed to complete the Order of restitution were not made part of the Judgment or the previous Order. Therefore, good cause appearing,

**IT IS SO ORDERED** that the Defendant, VERA JOHNNY, shall make restitution to the following payees listed below:

Name of Payee:        Amerind Risk Management Corporation
Amount of Restitution:   $87,970.11 (remaining balance $61,359.90)

Name of Payee:        \*Te-Moak Tribe of Western Shoshone Housing Authority
Amount of Restitution:   $7,869.92
\*Reimburse this victim first.

**Total amount of Restitution Ordered: $95,840.03.**

Dated this **22**$^{nd}$ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE